STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Tina Lynn Ray

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TINA LYNN RAY,

                      Plaintiff,    CASE NO.: 2:21-cv-03586-PVC

    -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                      Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

    Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Seven Thousand One Hundred Eighty-Eight Dollars and Seventy-Eight Cents ($7,188.78) and no costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

IT IS SO ORDERED.

Date: November 28, 2022

_____
Hon. Pedro V. Castillo
United States Magistrate Judge